GARY M. RESTAINO
United States Attorney
District of Arizona
KIYOKO PATTERSON
Assistant United States Attorney
Arizona State Bar No. 023753
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kiyoko.patterson@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 2 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Bro Derrick Ramona Coggeshell,<br><br>Defendant. | No. CR-23-8074-PCT-MTL (ESW)<br>**INDICTMENT**<br><br>VIO: 18 U.S.C. §§ 1153 and 1111<br>(CIR: Second Degree Murder)<br>(Count 1)<br><br>18 U.S.C. §§ 1153 and 113(a)(6)<br>(CIR: Assault Resulting in Serious Bodily Injury)<br>(Count 2) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about December 10, 2022, in the District of Arizona and within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant, BRO DERRICK RAMONA COGGESHELL, an Indian, with malice aforethought, did unlawfully kill J.G.

In violation of Title 18, United States Code, Sections 1153 and 1111.

## COUNT 2

On or about December 10, 2022, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, Defendant, BRO DERRICK RAMONA COGGESHELL, an Indian, did intentionally, knowingly, and recklessly assault J.H., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: May 23, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/*
KIYOKO PATTERSON
Assistant U.S. Attorney